Certificate Number: 05781-CO-DE-041409105

Bankruptcy Case Number: 26-16255

05781-CO-DE-041409105

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2026, at 12:22 o'clock PM PDT, Joseph Morgan, Sr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: September 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President